```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    KATHERINE R. LOO
 4  Special Assistant United States Attorney
    California State Bar 162029
 5       333 Market Street, Suite 1500
         San Francisco, California  94105
 6       Tel:  (415) 977-8927
         Fax:  (415) 744-0134
 7       Email:  Katherine.Loo@ssa.gov

 8  Attorneys for Defendant,
    Commissioner of Social Security
 9
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| EUSTOLIA PEREZ, | No. EDCV-08-1861-VBK |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

-1-

1 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2 | above-captioned action is remanded to the Commissioner of Social
3 | Security for further proceedings consistent with the Stipulation for Remand.
4 | DATED: ___June 01, 2009_____

_____/s/_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ - *Katherine R. Loo*
KATHERINE R. LOO
Special Assistant United States Attorney

Attorneys for Defendant